# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| ANTHONY MARCELLUS JOHNSON | : | |
| Plaintiff, | : | |
| v. | : | CIVIL ACTION NO. AW-06-3186 |
| KATHLEEN GREEN, et al. | : | |
| Defendants | : | |

**MEMORANDUM**

Before the court is a pro se 42 U.S.C. § 1983 Complaint filed by Anthony Marcellus Johnson, an inmate at the Eastern Correctional Institution. Plaintiff has also moved for leave to proceed in forma pauperis. The Court will grant the motion to proceed in forma pauperis and deny the Complaint.

Plaintiff alleges that on September 23, 2006, he discovered the remains of a dead mouse in his prison meal of "chillimac" after he had already swallowed part of it. Plaintiff now seeks $100,000,000 in damages and release from incarceration as a result. Plaintiff, however, does not allege this incident was part of a pattern or continuing dietary service problem.

Although the Court is sympathetic to Plaintiff's concern, a claim of an occasional foreign object in food does not amount to a deprivation of constitutional proportion. *See Hamm v. DeKalb County,* 774 F. 2d 1567 (11th Cir. 1985); *Lunsford v. Reynolds*, 376 F. Supp. 526 (W.D. Va. 1974). Accordingly, the Court finds that Plaintiff has failed to state a claim upon which relief can be

granted and therefore dismisses this action without prejudice pursuant to 28 U.S. C. § 1915A(b)(1).

[1]  A separate Order follows.

Date: December 4, 2006

                                                                            /s/
                                                         Alexander Williams, Jr.
                                                         United States District Judge

---

[1]     Plaintiff may, of course, file for any appropriate available administrative or state remedies.

2